1

2

3

4              **UNITED STATES DISTRICT COURT**

5                   **DISTRICT OF NEVADA**

6                          * * *

7    JOSE RENE CORNEJO-MEJIA,            Case No. 2:25-cv-02139-JAD-BNW

8              Petitioner,              **ORDER TRANSFERRING CASE**

9         v.

10

11   MICHAEL BERNACKE, *et al*.,

12            Respondents.

13

14        This Petition for Writ of Habeas Corpus is related to two putative habeas class actions

15   pending before Judge Boulware in Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-

16   BNW. The actions involve similar questions of fact and law, and assignment to the same district

17   judge is likely to affect a substantial savings of judicial effort. LR 42-1(a)(3). Moreover, it would

18   entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5).

19   Because the cases are related, assignment to the same judge is likely to result in a substantial

20   savings of judicial effort and reduce duplication of labor. See Fed. R. Civ. P 42(a) (allowing courts

21   to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions

22   involving a common question of law or fact are pending before the court). Accordingly, the

23   assigned judges agree to transfer Case No. 2:25-cv-02139-JAD-BNW to the judge to whom the

24   earliest-filed action is assigned for all further proceedings.

25        ///

26        ///

27        ///

28

1    For the foregoing reasons, **IT IS HEREBY ORDERED** that the Clerk of Court is kindly

2  directed to transfer Case No. 2:25-cv-02139-JAD-BNW to Judge Richard F. Boulware, II.

3    **IT IS FURTHER ORDERED** that the Clerk of Court is instructed to administratively

4  **RELATE** this case to Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-BNW.

5    **DATED:** October 31, 2025.

6

7  _____    _____

8  **RICHARD F. BOULWARE, II.**          **JENNIFER A. DORSEY**
   **UNITED STATES DISTRICT JUDGE**      **UNITED STATES DISTRICT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28