# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RENE CORNEJO-MEJIA, | Case No. 2:25-cv-02139-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| MICHAEL BERNACKE, *et al*., | |
| Respondents. | |

Before the Court is counseled Petitioner Jose Rene Cornejo-Mejia's Petition for Writ of Habeas Corpus (ECF No. 1) under 28 U.S.C. § 2241, and Motion for Preliminary Injunction (ECF No. 3), challenging his continued detention at Nevada Southern Detention Center. The Court has reviewed the Petition and Motion and preliminarily believes Petitioner likely can demonstrate that his circumstances warrant the same relief as this Court ordered for Petitioner Arce-Cervera in Arce-Cervera v. Noem, No. 2:25-cv-01895-RFB-NJK (D. Nev. Oct. 28, 2025).

Thus, pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED TO SHOW CAUSE** in writing no later than **5:00 p.m.** on **November 5, 2025,** why the Court should not grant the Petition. Petitioner may file a reply no later than **November 7, 2025**. If Respondents have no new arguments to offer that have not already been addressed by the Court, they may so indicate by reference to their previous briefing, while reserving appellate rights. Respondents should file the referenced briefing as an attachment for Petitioner's counsel's review.

**IT IS FURTHER ORDERED** that Respondents file a notice of appearance by **November 5, 2025.**

**IT IS FURTHER ORDERED** that Respondents must file with their Response to this Order any documents referenced or relied upon in their responsive pleading. Respondents must

also file any arrest warrant, Notice to Appear, Form-286, and Form I-213 relevant to Petitioner's detention.

**IT IS FURTHER ORDERED** that Respondents shall not transfer Petitioner out of this District. See F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances, the Court finds that this order is warranted to maintain the *status quo* pending the hearing and any subsequent order and finds that Petitioner has satisfied the factors governing the issuance of such preliminary relief.

**IT IS FURTHER ORDERED** that the Clerk of Court:

1. **DELIVER** copies of the Petition and Motion (ECF Nos. 1, 3) and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, copies of the Petition and Motion (ECF Nos. 1, 3) and this Order to the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

3. **MAIL** copies of the Petition and Motion (ECF Nos. 1, 3) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

   1) Michael Bernacke, Salt Lake City ICE Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096;

   2) Kristi Noem, Secretary of the Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528.

   3) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530-0001; and

   4) Reggie Radar, Police Chief, Henderson Detention Center, 18 E Basic Road, Henderson, NV 89015.

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** copies of the Petition and Motion (ECF Nos. 1, 3) and this Order on the United States Attorney for the District of Nevada or

1  on an Assistant United States Attorney or clerical employee designated by the United State
2  Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

3  **IT IS FURTHER ORDERED** that, pursuant to General Order 2025-07, <u>In Re: Stay of
4  Civil Proceedings Involving the United States During Lapse of Appropriations</u>, Petitioner's
5  counsel is instructed to **SEND** by electronic mail courtesy copies of the Petition and Motion to the
6  Civil Division of the U.S. Attorney's Office for the District of Nevada at
7  USANV.CivilDuty@usdoj.gov and on the Civil Chief for the U.S. Attorney's Office for the
8  District Nevada at Summer.Johnson@usdoj.gov.

**DATED:** October 31, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**